the sale of meats, defendants failed to establish that competition by the adjacent meat market resulted in either a loss of profits or a reduction in rental value of the store that they had leased.

The judgment of the Appellate Division should be affirmed, without costs.

LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur; VAN VOORHIS, J., taking no part.

Judgment affirmed.

In the Matter of HERBERT SCHREIBER et al., Respondents, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellants, and BAMBURY REALTY CORP., Intervener, Appellant.

Argued April 13, 1954; decided May 27, 1954.

*Emory Gardiner* and *Robert H. Schaffer* for Joseph D. Mc-Goldrick, State Rent Administrator, appellant.

*Sanford Green* and *Samuel Lawrence Brennglass* for intervener-appellant.

*Arthur C. Parker* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

LILYAN MCPHERSON, Appellant, *v.* GRANT ADVERTISING, INC., et ·al., Respondents.

Argued April 22, 1954; decided May 27, 1954.

